1  DAVID A. HUBBERT
   Acting Assistant Attorney General
2
   CHRISTIAN MEJIA (NJ SBN: 129362015)
3  Trial Attorney, Tax Division
   U.S. Department of Justice
4  P.O. Box 683
   Washington, D.C.  20044
5  202-305-7548 (v)
   202-307-0054 (f)
6  Christian.Mejia@usdoj.gov

7  PHILLIP A. TALBERT
   United States Attorney
8  Eastern District of California

9  *Attorneys for the United States of America*

10                UNITED STATES DISTRICT COURT

11                EASTERN DISTRICT OF CALIFORNIA

12

13

   United States of America,                      No.  1:17-CV-00713-DAD-JLT
14
                  Plaintiff,                       **[~~PROPOSED~~] ORDER APPROVING
15                                                 STIPULATION REGARDING DISMISSAL
          v.                                       OF DEFENDANT FIRST AMERICAN
16                                                 TITLE INSURANCE COMPANY AND
   Edgard Couri; First American Title              DISCLAIMER OF INTEREST**
17 Insurance Company; Wesav Mortgage
   Corporation; Wells Fargo Bank, N.A.; GE         **(Doc. 15)**
18 Mortgage Services LLC; Kern County;
   State of California Franchise Tax Board;
19
                  Defendants.
20

21        Plaintiff, the United States of America, and Defendant, First American Title Insurance

22 Company, have jointly filed a Stipulation Regarding Dismissal of Defendant First American Title

23 Insurance Company and Disclaimer of Interest (Doc. 15) ("Stipulation") with regard to real

24 property commonly known as 2709 Pecangrove Drive, Bakersfield, California 93311 ("Subject

25 Property").

26        In the stipulation, First American Title Insurance Company disclaims any right, title, or

27 interest in the Subject Property.  (Doc. 15 at 2)  Consequently, the parties agree that First

28

   ~~Proposed~~ Order                             1

1  American Title Insurance Company should be required to have no further involvement in this

2  action. Id. at 3. Moreover, the parties agree that each side will bear its own costs and fees except

3  to the extent that costs are incurred in selling the Subject Property which will be reimbursed from

4  the proceeds of the sale before satisfying outstanding liens.

5       In consideration of the parties' stipulation and for good cause shown, the Court

6  **ORDERS**:

7       1.       First American Title Insurance Company has no interest in the Subject Property.

8  Consequently, the action **SHALL** be closed as to it. No further pleadings or notices should be

9  sent to First American Title Insurance Company;

10       2.       The stipulation relies upon Rule 41 of the Federal Rules of Civil Procedure which

11  permits the plaintiff to dismiss an action in part without a court order before parties have

12  appeared. Therefore, the notice of request for voluntary dismissal filed by the plaintiff

13  "automatically terminate[s] the action" as to the FTB. Wilson v. City of San Jose, 111 F.3d 688,

14  692 (9th Cir. 1997). Accordingly, the Clerk of Court is **DIRECTED** to close this action as to

15  **<u>First American Title Insurance Company only</u>**.

16
17  IT IS SO ORDERED.

18       Dated:   **July 25, 2017**                          **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28
    Proposed Order                             2