MARK L. NATIONS, INTERIM COUNTY COUNSEL
By:  Nicole M. Misner, Deputy (SBN 188076)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA  93301
Telephone:  (661) 868-3800
Fax:  (661) 868-3805

*Attorneys for Defendant, Kern County*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  1:17-CV-00713-DAD-JLT |
|---|---|
| Plaintiff, | [**PROPOSED**] ORDER ON STIPULATION TO EXTEND TIME FOR DEFENDANT KERN COUNTY TO RESPOND TO PLAINTIFF'S COMPLAINT |
| v. | |
| EDGARD COURI, et al., | **(Doc. 18)** |
| Defendants. | |

The stipulation of the parties to allow the County of Kern additional time to file a responsive pleading (Doc. 18) is **GRANTED**.  The County of Kern **SHALL** file its responsive pleading no later than **August 16, 2017**.

IT IS SO ORDERED.

Dated:  **July 27, 2017**              **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE