DAVID A. HUBBERT
Acting Assistant Attorney General

CHRISTIAN MEJIA (NJ SBN: 129362015)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-305-7548 (v)
202-307-0054 (f)
Christian.Mejia@usdoj.gov

PHILLIP A. TALBERT
United States Attorney
Eastern District of California

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Edgard Couri; First American Title Insurance Company; Wesav Mortgage Corporation; Wells Fargo Bank, N.A.; GE Mortgage Services LLC; Kern County; State of California Franchise Tax Board;<br><br>　　　　　Defendants. | No. 1:17-CV-00713-DAD-JLT<br><br>**[~~PROPOSED~~] ORDER APPROVING STIPULATION REGARDING LIEN PRIORITY BETWEEN JORDAN KAUFMAN, KERN COUNTY TREASURER-TAX COLLECTOR, AND THE UNITED STATES**<br><br>**(Doc. 20)** |

　　　Plaintiff, the United States of America ("United States"), and Defendant, Jordan Kaufman, Kern County Treasurer-Tax Collector ("Kern County Treasurer"), have jointly filed a Stipulation Regarding Lien Priority Between Jordan Kaufman, Kern County Treasurer-Tax Collector, and the United States (ECF No. 20) ("Stipulation") with regard to real property commonly known as 2709 Pecangrove Drive, Bakersfield, California 93311 ("Subject Property").

//

//

~~Proposed~~ Order　　　　　　　　　　　1

In consideration of the parties' Stipulation and for good cause shown, the Court ORDERS:

(1) The Stipulation between the United States and the Kern County Treasurer is hereby approved;

(2) Kern County Treasurer is substituted in the place of Kern County as a defendant in this action, and this action is termination as to Kern County;

(3) If the Court permits the sale of the Subject Property, the United States shall submit to the Court a proposed Order of Foreclosure and Judicial Sale consistent with the Stipulation;

(4) Kern County Treasurer agrees to be bound by the judgment in this case, which shall incorporate the terms of the Stipulation;

(5) The United States and Kern County Treasurer agree to bear their own costs and attorney's fees, except the costs incurred in selling the Subject Property, which are to be reimbursed from the proceeds of the sale of the Subject Property prior to satisfying the outstanding liens on the Subject Property; and

(6) Kern County Treasurer is excused from further participation in this action, until, and if, the Court permits the sale of the Subject Property.

IT IS SO ORDERED.

Dated: **July 31, 2017**         **/s/ Jennifer L. Thurston**
                                  UNITED STATES MAGISTRATE JUDGE