1 DAVID A. HUBBERT
Acting Assistant Attorney General

2
CHRISTIAN MEJIA (NJ SBN: 129362015)
3 Trial Attorney, Tax Division
U.S. Department of Justice
4 P.O. Box 683
Washington, D.C. 20044
5 202-305-7548 (v)
202-307-0054 (f)
6 Christian.Mejia@usdoj.gov

7 PHILLIP A. TALBERT
United States Attorney
8 Eastern District of California

9 *Attorneys for the United States of America*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 1:17-CV-00713-DAD-JLT |
| Plaintiff, | **[PROPOSED] ORDER APPROVING STIPULATION REGARDING LIEN PRIORITY BETWEEN WELLS FARGO BANK, N.A. AND THE UNITED STATES** |
| v. | |
| Edgard Couri; First American Title Insurance Company; Wesav Mortgage Corporation; Wells Fargo Bank, N.A.; GE Mortgage Services LLC; Kern County; State of California Franchise Tax Board; | **(Doc. 22)** |
| Defendants. | |

Plaintiff, the United States of America, and Defendant, Wells Fargo Bank, N.A., have jointly filed a Stipulation Regarding Lien Priority Between Wells Fargo Bank, N.A. And The United States (ECF No. 22 ) ("Stipulation") with regard to real property commonly known as 2709 Pecangrove Drive, Bakersfield, California 93311 ("Subject Property").

//

//

//

Proposed Order                    1

Based upon the stipulation of the parties, the Court **ORDERS**:

(1) The Stipulation between the United States and Wells Fargo Bank, N.A. is **APPROVED**;

(2) If the Court permits the sale of the Subject Property, the United States shall submit to the Court a proposed Order of Foreclosure and Judicial Sale consistent with the Stipulation;

(3) Wells Fargo Bank, N.A. agrees to be bound by the judgment in this case, which shall incorporate the terms of the Stipulation; and

(4) Wells Fargo Bank, N.A. is excused from further participation in this action, until, and if, the Court permits the sale of the Subject Property.

IT IS SO ORDERED.

Dated: __**August 3, 2017**__       __**/s/ Jennifer L. Thurston**__
                                                                                    UNITED STATES MAGISTRATE JUDGE