UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EDGARD COURI, et al.,<br><br>　　　　　Defendants. | No. 1:17-CV-00713-DAD-JLT<br><br>**ORDER GRANTING STIPULATION TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE**<br><br>**(Doc. 24)** |

The parties remaining in this action report that they are making progress in resolving this matter and request the Court continue the scheduling conference to allow time for their continued efforts. (Doc. 24) Thus, good cause appearing, the Court **ORDERS**:

1. The scheduling conference is **CONTINUED** to **September 15, 2017** at 8:30 a.m. The parties SHALL file their joint scheduling report no later than September 8, 2017.

IT IS SO ORDERED.

Dated: __**August 9, 2017**__　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE