UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>EDGARD COURI, et al.,<br><br>                Defendants. | No. 1:17-CV-00713-DAD-JLT<br><br>**ORDER GRANTING STIPULATION TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE**<br><br>**(Doc. 26)** |

The parties remaining in this action report that they need more time to resolve this matter, though they believe they are "close" to doing so. (Doc. 26) Thus, they seek an additional continuance of the scheduling conference. Id. at 2. Thus, good cause appearing, the Court **ORDERS**:

    1.    The scheduling conference is **CONTINUED** to **September 29, 2017** at 8:30 a.m. The parties **SHALL** file their joint scheduling report **no later than September 21, 2017**.

IT IS SO ORDERED.

    Dated:   **September 7, 2017**                     **/s/ Jennifer L. Thurston**
                                                                            UNITED STATES MAGISTRATE JUDGE