# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDGARD COURI, et al.,<br><br>　　　　　Defendants. | Case No.: 1:17-cv-00713- DAD - JLT<br><br>ORDER DIRECTING CLERK OF THE COURT TO TERMINATE THIS ACTION AS TO DEFENDANTS WESAV MORTGAGE CORPORATION AND GE MORTGAGE SERVICES, LLC ONLY PURSUANT TO THE NOTICE OF VOLUNTARY DISMISSAL<br>(Doc. 11) |

Plaintiff filed a Notice of Voluntary Dismissal as to Defendants Wesav Mortgage Corporation and GE Mortgage Services, LLC. (Doc. 11) Plaintiffs filed the notice pursuant to Fed. R. Civ. P. Rule 41 which provides, "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; . . ." Fed. R. Civ. P. 41(a)(1)(A). Such a notice is effective as a dismissal without an order of the Court. *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). However, because these defendants have not been terminated on the docket, the Court **DIRECTS** the Clerk of Court to terminate this action as to Defendants Wesav Mortgage Corporation and GE Mortgage Services, LLC, **only**.

IT IS SO ORDERED.

　　Dated: __**September 22, 2017**__　　　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE