1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,                No. 1:17-cv-00713-DAD-JLT

12                        Plaintiff,

13         v.                                  ORDER ENTERING JUDGMENT ON THE
                                               UNITED STATES' FIRST CLAIM FOR
14    EDGARD COURI et al.,                     RELIEF AND DISMISSING WITHOUT
                                               PREJUDICE SECOND CLAIM FOR RELIEF
15                        Defendants.
                                               (Doc. Nos. 31, 32)
16

17

18

19            On September 26, 2017, plaintiff United States of America and defendant Edgard Couri,

20    through counsel, entered stipulations with respect to plaintiff's first and second claims for relief.

21    (Doc. Nos. 31, 32.)  Pursuant to that stipulation, the parties have agreed to the entry of judgment

22    in favor of plaintiff United States with respect to its first claim for relief.  (Doc. No. 31 at 1–2.)

23    The parties also have stipulated to dismissal of plaintiff United States' second claim for relief

24    without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Doc. No. 32 at 2.)

25            In light of the parties' stipulation and good cause having been shown, judgment is hereby

26    entered on the United States' first claim for relief as follows:

27            Judgment is entered against Edgard Couri, and for the United States in the amount of

28    $826,059.37, for the unpaid federal tax liabilities for tax years 2002, 2004, 2005, 2006, 2007,

2010, 2011, 2012, and 2013, as of May 17, 2017, plus statutory interest and other statutory additions as provided by law, which continue to accrue until the liabilities are paid in full, pursuant to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6601, 6621, and 6622.

The United States has valid statutory liens for the unpaid federal tax liabilities for tax years 2002, 2004, 2005, 2006, 2007, 2010, 2011, 2012, and 2013 that arose pursuant to 26 U.S.C. §§ 6321 and 6322, which attached to all property and rights to property belonging to Mr. Couri, including but not limited to, the real property commonly known as 2709 Pecangrove Drive, Bakersfield, California 93311.

In light of the parties' second stipulation, the United States' second claim for relief is dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii).

Each party agrees to bear their own respective costs and expenses, including any attorneys' fees.

IT IS SO ORDERED.

Dated: __**September 27, 2017**__        _____
                                        UNITED STATES DISTRICT JUDGE

2